No. 700. MISSISSIPPI COTTONSEED PRODUCTS Co. ET AL. *v.* STONE, TAX COMMISSIONER, ET AL. April 3, 1939. Petition for writ of certiorari to the Supreme Court of

Mississippi denied. *Messrs. Garner W. Green, Forrest B. Jackson,* and *Marcellus Green* for petitioners. No appearance for respondents.